UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND MINKLE                                                              PLAINTIFF

v.                          No. 2:18-CV-02115

FORT SMITH HMA, LLC                                                         DEFENDANT

## **ORDER**

Plaintiff has filed a motion (Doc. 61) to dismiss his case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion represents that the parties have reached a settlement agreement. Plaintiff asks the Court to retain jurisdiction to enforce the terms of the settlement agreement. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that the motion (Doc. 61) is GRANTED, and this case is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED this 24th day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE